No. 94–9474.   BLYTHE v. UNITED STATES;
No. 94–9489.   MINOR v. UNITED STATES; and

No. 94–9503. OLIVER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.